UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Baker and Robert Gundy,

Plaintiffs,

v.

International Rarities Corp.,

Defendant.

Civil No. 00-1598 JMR/FLN

**ORDER**

---

LORI PETERSON, Esq., for Plaintiffs.
TERRY NEWBY, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on January 29, 2001, on Plaintiffs' Motion to Compel Discovery [#9].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion to Compel Discovery [#9] is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Defendant will supplement its response to Request No. 3 with information and documents pertaining to Mr. Cavehaugh, including his entire personnel file;
   b. Insofar as the Motion seeks to compel a response to Interrogatory No. 3, it is **DENIED**. Defendant's privilege objection is sustained;
   c. Insofar as the Motion seeks to compel a response to Request No. 13, it is **GRANTED** as to non-privileged documents. Defendant will create a privilege log explaining which documents are protected by the attorney-client privilege and work-product doctrine;
   d. Defendant will supplement its responses to Requests Nos. 2, 5 and 6;
   e. Defendant will respond to Requests Nos. 15 and 16 with information and documents pertaining to performance surveys conducted on or after January 1, 1995.

FEB 15 2001
CLERK

DATED: February 15, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge